**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1583**

─────────────

JAY FOLSE,

> Plaintiff - Appellant,

> v.

VERA MCCORMICK, in her individual and official capacities; LIN TECH INTERNATIONAL, L.L.C., a West Virginia Limited Liability Company,

> Defendants - Appellees,

> and

KANAWHA COUNTY COMMISSION, a political subdivision; J. NICHOLAS BARTH,

> Defendants.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:22-cv-00435)

─────────────

Submitted:  January 23, 2025                    Decided:  January 27, 2025

─────────────

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jay Folse, Appellant Pro Se.  Charles R. Bailey, Albert C. Dunn, Jr., BAILEY & WYANT, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Jay Folse appeals the district court's order adopting the magistrate judge's recommendation and granting Vera McCormick's motion for sanctions and dismissing Folse's civil rights action. We have reviewed the record and conclude that the district court did not abuse its discretion in granting the motion for sanctions and imposing dismissal as an appropriate sanction. *See Mey v. Phillips*, 71 F.4th 203, 217 (4th Cir. 2023) ("In reviewing a district court's findings and discovery rulings, we are mindful of the broad discretion accorded to district courts to supervise discovery, including the imposition of sanctions for discovery abuses, as part of their case-management authority." (internal quotation marks omitted)). Accordingly, we affirm the district court's judgment. *Folse v. McCormick*, No. 2:22-cv-00435 (S.D. W. Va. June 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*